IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STEPHEN KING, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CRIMINAL NO. 15-0229-WS |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

This matter comes before the Court on petitioner Stephen King's *pro se* filing styled "Petition for Commutation of Sentence" (doc. 45). Pursuant to Article II, Section 2, Clause 1 of the United States Constitution, the power to commute the sentence of a person convicted of a federal crime is vested in the President of the United States. Federal courts do not have the power to grant a commutation petition or, in most cases, review a commutation decision. *See, e.g., Connecticut Bd. of Pardons v. Dumschat*, 452 U.S. 458, 464, 101 S.Ct. 2460, 69 L.Ed.2d 158 (1981) ("pardon and commutation decisions have not traditionally been the business of courts; as such, they are rarely, if ever, appropriate subjects for judicial review"). Insofar as King intends to direct his Petition for Commutation of Sentence to this Court, the Petition is **denied** because this Court is not empowered to grant the requested relief of commutation.[1] To the extent that King's Petition might be liberally construed as a renewed § 3582(c) motion or a new iteration of his pending § 2255 motion to relitigate his *Rehaif* claim, it is **denied** for the reasons set forth in the Order (doc. 44) entered on May 11, 2020.

DONE and ORDERED this 11th day of June, 2020.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE

---

[1] The appropriate recipient of this Petition is not this Court or any other court, but is instead of the Office of Pardon Attorney. That Office may be contacted at the following address: U.S. Department of Justice, Office of the Pardon Attorney, 950 Pennsylvania Avenue – RFK Main Justice Building, Washington, DC 20530. This Court will not unilaterally forward King's Petition to the Office of the Pardon Attorney for consideration.