# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **STEPHEN J. H. KING,** | ) | |
| **BOP Prisoner No. 15100-003,** | ) | |
|    **Movant,** | ) | |
| | ) | **CIVIL ACTION NO. 1:20-00104-WS-N** |
| **v.** | ) | |
| | )| **CRIMINAL ACTION NO. 1:15-00229-WS-N** |
| **UNITED STATES OF AMERICA,** | ) | |
|    **Respondent.** | ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections, or request to withdraw the matter filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), and dated January 30, 2023 (Doc. 52[1]), is **ADOPTED** as the opinion of the Court.

Accordingly, it is **ORDERED** that Movant **STEPHEN J. H. KING**'s "Petition for Writ of Habeas Corpus" dated February 13, 2020 (Doc. 41, PageID.141-154) is construed as a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255, and, so construed, is **DENIED** and **DISMISSED with prejudice**. It is further **ORDERED** that King is not entitled to a Certificate of Appealability in relation to this final adverse order. Further, the Court certifies that any appeal of this order and accompanying judgment would be without merit and therefore not taken in good faith. Thus, King is not entitled proceed *in forma pauperis* on appeal.

Final judgment in accordance with this order shall be set out by separate document in accordance with Federal Rule of Civil Procedure 58. The Clerk of Court is **DIRECTED** to

---

[1] All "Doc." citations herein refer to the docket of the above-numbered criminal action.

administratively close the above-numbered civil action.

       **DONE** and **ORDERED** this the 24th day of February 2023.

s/WILLIAM H. STEELE
**WILLIAM H. STEELE**
**UNITED STATES DISTRICT JUDGE**
